# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**FIRST TRINITY CAPITAL CORPORATION,**

    Plaintiff,

v.                                         **Case No: 2:12CV156-MPM-JMV**

**WESTERN WORLD INS. GROUP, INC., ET AL.,**

    Defendants.

## ORDER GRANTING MOTION TO BIFURCATE

Before the court is the unopposed Motion [13] of Crump Insurance Service, Inc., to bifurcate extra-contractual and punitive damages issues from the underlying claims for compensatory damages pursuant to MISS. CODE ANN. § 11-1-65. The court finds the motion is well-taken, and it is hereby **GRANTED**. Accordingly, if necessary, pursuant to § 11-1-65, the court will conduct a separate evidentiary hearing on the issue of whether punitive and extra-contractual damages may be submitted to the trier of fact.

**SO ORDERED** this the 10th day of September, 2012.

                                            **/s/ Jane M. Virden**
                                            **UNITED STATES MAGISTRATE JUDGE**