**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**FIRST TRINITY CAPITAL
CORPORATION**                                                          **PLAINTIFF**

**vs.**                                         **CAUSE NO. 2:12CV156--MPM-JMV**

**WESTERN WORLD INS. GROUP,
INC. and CRUMP INSURANCE
SERVICES, INC.**                                            **DEFENDANT**

## ORDER

The court conducted a telephonic hearing in this matter on December 7, 2012, on Crump Insurance Services, Inc.'s ("Crump") Second Motion to Compel Rule 26(A)(1) Pre-Discovery Disclosures [31]. Consistent with the court's oral ruling in open court, it is

**ORDERED**:

1. That Crump's motion is **DENIED** based upon the parties' prior representations to this court that all initial disclosure requirements had been complied with.

2. That the court will not entertain any future motion based in whole or in part upon another party's failure to comply with the initial disclosure requirements or the adequacy of any party's initial disclosures, including, but not limited to, a motion for sanctions.

This 7th day of December, 2012.

                                                                             /s/ Jane M. Virden
                                                                   U. S. MAGISTRATE JUDGE