IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

FIRST TRINITY CAPITAL CORPORATION                                                          PLAINTIFF

V.                                                                           CIVIL ACTION NO. 2:12-CV-156-SA-SAA

WESTERN WORLD INSURANCE GROUP, INC.,
and CRUMP INSURANCE SERVICES, INC.                                                      DEFENDANTS

ORDER GRANTING SUMMARY JUDGMENT

Pursuant to a Memorandum Opinion entered this day, Defendant Crump Insurance Services Inc.'s Motion for Summary Judgment [93] is GRANTED. Additionally, Plaintiff First Trinity Capital Corporation's Motion to Substitute [100] is likewise GRANTED. Judgment being hereby entered in favor of Defendant, this case is now CLOSED.

SO ORDERED AND ADJUDGED, this the 5th day of February, 2014.

**/s/ Sharion Aycock**
**U.S. DISTRICT JUDGE**